In the Matter of MORTGAGE COMMISSION OF THE STATE OF NEW YORK in Relation to Mortgage Investments Guaranteed by Bond and Mortgage Guarantee Company. (Guarantee No. 186,129.)

SELMA SCHLANG, Appellant and Respondent; ROBERT E. DINEEN, Superintendent of Insurance of the State of New York, as Liquidator of Bond and Mortgage Guarantee Company and as Successor to the Mortgage Commission of the State of New York, et al., Respondents and Appellants, and BUREAU OF TRUST SUPERVISION et al., Respondents.

Argued May 20, 1946; decided June 13, 1946.

*Hyman R. Shapiro, Isidor Enselman* and *Myron Sulzberger* for Selma Schlang, appellant-respondent.

*Lewis F. X. Cotignola, Thomas D. Austin, J. Francis Lynch* and *Almeth W. Hoff* for State Superintendent of Insurance and State Comptroller, respondents-appellants.

*George O. Lehmann* and *Walter F. O'Malley* for respondent.

Order affirmed, without costs. We agree with all the conclusions stated in the Appellate Division's opinion. Certified questions not answered since the order appealed from is a final order in a special proceeding. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.